**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nationwide Mutual Insurance Company, ) | No. CIV 06-2405-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Yokohama Tire Corporation, ) | |
| Defendant. ) | |

Having considered the request of Defendant Yokohama Tire Corporation to continue the Rule 16 Preliminary Pretrial Conference on May 17, 2007 (Dkt. 10), and for good cause shown,

**IT IS ORDERED** that Defendant Yokohama Tire Corporation's Motion to Continue is **GRANTED**. The Court will conduct a Rule 16 Preliminary Pretrial Conference in this matter on **May 22, 2007 at 2:00 p.m.**

**IT IS FURTHER ORDERED** that all provisions of the Court's Order Setting Rule 16 Preliminary Pretrial Conference (Dkt. 9) remain in full force and effect except the date changed above.

DATED this 30th day of April, 2007.

Stephen M. McNamee
United States District Judge