**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nationwide Mutual Insurance Company, ) | No. CIV 06-2405-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Yokohama Tire Corporation, ) | |
| Defendant. ) | |

Having considered the request of Defendant Yokohama Tire Corporation ("Yokohama") to allow its party representative, Claims Manager Peter Gray, to appear telephonically at the Rule 16 Preliminary Pretrical Conference on **May 22, 2007, at 2:00 p.m.** before this Court [Dkt. 12], and for good cause shown,

**IT IS ORDERED** that Peter Gray of Yokohama may appear telephonically at the May 22nd Rule 16 Conference. Mr. Gray shall call the Court on a clear telephone line at **1:55 p.m.** Mountain Standard Time at 602-322-7555.

DATED this 2nd day of May, 2007.

Stephen M. McNamee
United States District Judge