**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Nationwide Mutual Insurance Company,<br><br>    Plaintiff,<br><br>  v.<br><br>Yokahama Tire Corporation, et al.,<br><br>    Defendants. | CIV-06-2405-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulated Notice of Dismissal filed by the parties (Dkt. 32) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, with each party to bear its own costs and attorney's fees incurred herein.

**IT IS FURTHER ORDERED** that the Clerk shall terminate this matter.

DATED this 19th day of February, 2008.

Stephen M. McNamee
United States District Judge